# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2960__ & TITLE - IN RE: __COVID-19 Gap Lease Payment Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See Attachment A
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Old Navy, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

Old Navy, LLC is wholly owned by The Gap, Inc.

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Old Navy, LLC is wholly owned by The Gap, Inc.

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_Signature of Attorney_ — Michal Geibelson

Name of Firm — Robins Kaplan LLP

Address — 2049 Century Park East

City/State/Zip Code — California, 90067

Date — August 21, 2020

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-2960 - In re COVID-19 GAP LEASE PAYMENT LITIGATION

**Attachment A**

| # | Case Captions | Court | Civil Action No. |
|---|---|---|---|
| 2 | R-K Black Rock I, LLC v. Old Navy, LLC | District of Connecticut | 3:20-CV-01072 |
| 3 | FW CT-Corbins Corner Shopping Center, LLC v. Old Navy, LLC | District of Connecticut | 3:20-CV-01068 |
| 5 | Equity One (Florida Portfolio) LLC v. Old Navy, LLC | Southern District of Florida | 1:20-CV-23126 |
| 6 | Regency Centers, L.P. v. Old Navy, LLC | Middle District of Florida | 8:20-CV-01741 |
| 7 | Palm Springs Mile Associates, LTD. v. Old Navy, LLC | Southern District of Florida | 1:20-cv-21929 |
| 9 | Equity One (Southeast Portfolio) LLC v. Old Navy, LLC | Northern District of Georgia | 1:20-cv-03080 |
| 11 | State/Randolph, LLC, By Midamerica Asset Management, Inc., its agent v. Old Navy, LLC | Northern District of Illinois | 1:20-cv-04382 |
| 13 | Baldwin Commons LLC v. Old Navy, LLC | Eastern District of Michigan | 4:20-cv-11945 |
| 14 | DFG-Felch Street LLC v. Old Navy, LLC | Western District of Michigan | 1:20-cv-00663 |
| 15 | Grand/Sakwa New Holland Shopping Center, L.L.C. v. Old Navy, LLC | Eastern District of Michigan | 2:20-cv-11686 |
| 16 | Equity Alliance of Canton Developer Parcel, LLC v. Old Navy, LLC | Eastern District of Michigan | 2:20-cv-11683 |
| 18 | Equity One (Northeast Portfolio), Inc. v. Old Navy, LLC | Eastern District of New York | 2:20-CV-03335 |
| 21 | Strip Delaware LLC v. Old Navy, LLC | Northern District of Ohio | 5:20-CV-01336 |
| 25 | First Interstate Avon, Ltd. v. Old Navy, LLC | Northern District of Ohio | 1:20-CV-01354 |
| 26 | Steelyard Commons, LLC v. Old Navy, LLC | Northern District of Ohio | 1:20-CV-01350 |
| 27 | Steelyard Commons, LLC v. Old Navy, LLC | Northern District of Ohio | 1:20-CV-01372 |

61680803.1

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-2960 - *In re COVID-19 GAP LEASE PAYMENT LITIGATION*

**Attachment A**

| 28 | *West Market Plaza Limited Partnership v. Old Navy, LLC* | Northern District of Ohio | 5:20-CV-01337 |
|---|---|---|---|
| 29 | *First Interstate Avon, Ltd. v. Old Navy, LLC* | Northern District of Ohio | 1:20-CV-01373 |
| 33 | *UTC, LP v. Old Navy, LLC* | Northern District of West Virginia | 1:20-cv-00136 |